**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**OTIS HUGHES, ADC # 100835**                                                                 **PLAINTIFF**

**v.**                                        **Case No. 5:15-cv-321-KGB**

**ROBBIE FREAD, Administrator,**
**Arkansas County Detention Center**                                                        **DEFENDANT**

### JUDGMENT

Pursuant to the Order filed this date, the Court dismisses without prejudice this case; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this 4th day of January, 2016.

Kristine G. Baker
United States District Judge